NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENOCEAN GMBH,**
*Appellant,*

**v.**

**FACE INTERNATIONAL CORPORATION,**
*Appellee.*

---

2012-1645
(Interference No. 105,755)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

EnOcean GmbH moves for a 14-day extension of time to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. EnOcean's principal brief is due January 2, 2013.

ENOCEAN GMBH V. FACE INTERNATIONAL CORP                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27